UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
DURLING, MICHAEL WESLEY

Case No. 09-20755 DSO
Chapter 7
HON. Daniel S. Opperman

_____ Debtor(s). _____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Recovery Management Systems | #1 | $.82 |

Dated: July 22, 2010

*/s/ Karen E. Evangelista (P36144)*
KAREN E. EVANGELISTA, Trustee
439 S. Main St., Suite 250
Rochester, MI 48307
(248) 652-7992
Kee1008_tee@sbcglobal.net